# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158130(88)
158132(49)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONTELE SWANSON-DEVILL GOODWIN,
      Defendant-Appellant.

SC: 158130
COA: 337329
Monroe CC: 16-242675-FH

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONTELE SWANSON-DEVILL GOODWIN,
      Defendant-Appellant.

SC: 158132
COA: 338266
Monroe CC: 16-243088-FC

_____/

On order of the Chief Justice, the second motions of defendant-appellant to extend the time for filing an amended application for leave to appeal are GRANTED. The amended application submitted on March 11, 2019, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2019



Clerk